1

2

3

4

5

6                           UNITED STATES DISTRICT COURT

7                           EASTERN DISTRICT OF CALIFORNIA

8

9    JUSTIN BENGE,                              CASE NO. CV F 10-0978 LJO BAM

10                    Plaintiff,               **ORDER AFTER SETTLEMENT**
              vs.                               (Doc. 34.)

11   OFFICER SPRUEILL, et al.,

12                    Defendants.
     _____/

13

14          Plaintiff's counsel notified this Court that settlement has been reached.  Pursuant to this Court's

15   Local Rule 160, this Court ORDERS the parties, **no later than December 19, 2011,** to file appropriate

16   papers to dismiss or conclude this action in its entirety, or to show good cause why the action has not

17   been dismissed.

18          This Court VACATES all pending dates and matters, including the March 1, 2012 pretrial

19   conference and April 17, 2012 trial.

20          Failure to comply with this order may be grounds for the imposition of sanctions on counsel or

21   parties who contributed to violation of this order.  *See* Local Rules160 and 272.

22   IT IS SO ORDERED.

23   **Dated:    November 17, 2011**          _____/s/ Lawrence J. O'Neill_____
                                              UNITED STATES DISTRICT JUDGE

24

25

26

27

28