UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN BENGE,<br><br>　　　　　　　Plaintiff,<br>　　vs.<br>OFFICER SPRUEILL, et al.,<br>　　　　　　　Defendants.<br>_____/ | CASE NO. CV F 10-0978 LJO BAM<br><br>**ORDER AFTER SETTLEMENT**<br>(Doc. 34.) |

Plaintiff's counsel notified this Court that settlement has been reached. Pursuant to this Court's Local Rule 160, this Court ORDERS the parties, **no later than December 19, 2011,** to file appropriate papers to dismiss or conclude this action in its entirety, or to show good cause why the action has not been dismissed.

This Court VACATES all pending dates and matters, including the March 1, 2012 pretrial conference and April 17, 2012 trial.

Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order.  *See* Local Rules160 and 272.

IT IS SO ORDERED.

**Dated:   November 17, 2011**　　　　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE