IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN BENGE,<br><br>                    Plaintiff,<br><br>          v.<br><br>OFFICER SPRUEILL,<br><br>                    Defendant.<br>_____/ | CASE NO. CV F 10-0978 LJO BAM<br><br>**ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED**<br>(Doc. 35.) |

This Court's November 17, 2011 order required the parties, no later than December 19, 2011, to file papers to dismiss this action in its entirety, or to show good cause why the action has not been dismissed. The parties have failed to comply with the November 17, 2011 order. As such, this Court ORDERS the parties, no later than December 28, 2011, to file and serve papers to show cause why sanctions, including dismissal with or without prejudice, should not be imposed upon the parties and/or their counsel for failure to dismiss timely this action. This Court will discharge this order to show cause if, no later than December 28, 2011, the parties dismiss this action in its entirety.

IT IS SO ORDERED.

**Dated:   December 20, 2011**                    /s/ Lawrence J. O'Neill
                                                                   UNITED STATES DISTRICT JUDGE

1