# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN BENGE,<br><br>            Plaintiff,<br><br>    vs.<br><br>OFFICER SPRUEILL, et al.,<br><br>            Defendants.<br>_____/ | CASE NO. CV F 10-0978 LJO BAM<br><br>**ORDER TO EXTEND DEADLINE TO DISMISS ACTION**<br>(Doc. 37.) |

Based on the request of plaintiff's counsel, this Court EXTENDS to January 23, 2012 the deadline to file papers to dismiss this action in its entirety. This Court will entertain no further extension without a strong showing of good cause and will impose sanctions on parties or counsel contributing to inexcusable delay to conclude settlement and dismiss this action.

IT IS SO ORDERED.

**Dated:   December 28, 2011**            /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE

1