1
2
3
4
5
6
7
8                          **IN THE UNITED STATES DISTRICT COURT**

9                        **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   JUSTIN BENGE,                              CASE NO. CV F 10-0978 LJO BAM

12                    Plaintiff,               **ORDER TO EXTEND DEADLINE TO**
                                               **DISMISS ACTION**
13           vs.                                (Doc. 37.)

14   OFFICER SPRUEILL, et al.,

15                    Defendants.
                                        /
16

17          Based on the request of plaintiff's counsel, this Court EXTENDS to January 23, 2012 the

18   deadline to file papers to dismiss this action in its entirety.  This Court will entertain no further extension

19   without a strong showing of good cause and will impose sanctions on parties or counsel contributing to

20   inexcusable delay to conclude settlement and dismiss this action.

21

22          IT IS SO ORDERED.

23   **Dated:    December 28, 2011**              _/s/ Lawrence J. O'Neill_
                                               UNITED STATES DISTRICT JUDGE
24

25

26

27

28

                                              1