IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN BENGE,<br><br>        Plaintiff,<br><br>   vs.<br><br>OFFICER SPRUEILL, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. CV F 10-0978 LJO BAM<br><br>**ORDER TO DISMISS AND TO CLOSE ACTION**<br>(Doc. 39.) |

Based on the parties' stipulation for dismissal under F.R.Civ.P. 41(a)(1)(A)(ii), this Court:

    1.    DISMISSES with prejudice this entire action;

    2.    VACATES all pending matters; and

    3.    DIRECTS the clerk to close this action.


IT IS SO ORDERED.

**Dated:**   **January 20, 2012**           /s/ Lawrence J. O'Neill
                                                        UNITED STATES DISTRICT JUDGE