IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN BENGE, | CASE NO. CV F 10-0978 LJO BAM |
| Plaintiff, | **ORDER TO DISMISS AND TO CLOSE ACTION** |
| vs. | (Doc. 39.) |
| OFFICER SPRUEILL, et al., | |
| Defendants. | |

Based on the parties' stipulation for dismissal under F.R.Civ.P. 41(a)(1)(A)(ii), this Court:

1. DISMISSES with prejudice this entire action;

2. VACATES all pending matters; and

3. DIRECTS the clerk to close this action.


IT IS SO ORDERED.

**Dated:  January 20, 2012**          /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE

1